**ATTACHMENT A**
**STATEMENT OF FACTS**

  *The United States and the Defendant, **JIMMY ORLANDO VARELA-REYES**, stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

  In July 2017, Facebook sent Cybertipline Reports to the National Center for Missing and Exploited Children ("NCMEC") to advise that the Facebook account of Jimmy Varela had been used to entice a minor female to produce and send sexually explicit images and a video via private message. Facebook provided internet protocol addresses and telephone numbers associated with the Jimmy Varela account. Facebook provided private messages between the user of the Jimmy Varela account and a minor female, as well as a copy of images and a video sent to the Facebook account of Jimmy Varela by the same minor female. Subsequent investigation confirmed that the Defendant, Jimmy Orlando Varela-Reyes ("**VARELA**"), was the user of the Jimmy Varela Facebook account.

  The following are excerpts (with translations) of the communications between **VARELA** and the minor female via Facebook:

| | |
|---|---|
| **Minor female**: | Cuantos anos tiene tu |
| Translation: | How old are you |
| | |
| **Minor female**: | ??? |
| | |
| **Jimmy Varela**: | 24 y tu |
| Translation: | 24 and you |
| | |
| **Minor female**: | Mmmm ya |
| Translation: | Mmmm okay |
| | |
| **Minor female**: | Yo tengo casi mente 14 por que los cumplire en junio |
| Translation: | I'm almost 14 because I'll be turning 14 in June |
| | |
| **Jimmy Varela**: | Enserio ere muy joven |
| Translation: | Oh really you're very young |
| | |
| **Minor female**: | Siiip<br>Yeeeeep |

\*\*\*

| | |
|---|---|
| **Jimmy Varela**: | Amor mandem la foto |
| Translation: | Love send me the photo |

| | |
|---|---|
| **Minor female:** | (Sent image reported as apparent child pornography) |
| **Minor female:** | Ok |
| **Jimmy Valera:** | Amor no se b nada |
| Translation: | Love I can't see anything |

\*\*\*

| | |
|---|---|
| **Minor female:** | (Sent image reported as apparent child pornography) |
| **Minor female:** | Ya mi amor |
| Translation: | Okay love |
| **Jimmy Varela:** | Amor ne.t mira la vajina ni el calson aunq sea |
| Translation: | Love [typo] see your vagina or your underwear at least |
| **Jimmy Varela:** | Amore av<br>Britela con los dedos para vertla para dentro |
| Translation: | Love open<br>Open it with your fingers so I can see inside |
| **Minor female:** | Ah no eso no |
| Translation: | No not that |
| **Minor female:** | Soy virjen y no kiero aser eso mi amor |
| Translation: | I'm a virgin I don't want to do that love |

\*\*\*

| | |
|---|---|
| **Minor female:** | Espera un momento y ate me las voy a. Tomar |
| Translation: | Wait a minute I'm going to take them |
| **Minor female:** | Ok |
| **Jimmy Valera:** | Ok sigo esperando |
| Translation: | Ok I'm still waiting |
| **Minor female:** | Ya mi amor |
| Translation: | Okay love |
| **Minor female:** | (Sent an image reported as apparent child pornography) |
| **Minor female:** | Mira asi |
| Translation: | Like that |

2

| | |
|---|---|
| **Minor female**: | (Sent an image reported as apparent child pornography) |
| **Minor female**: | (Sent an image reported as apparent child pornography) |
| **Minor female**: | (Sent an image reported as apparent child pornography) |
| **Minor female**: | Ya espero tu opinion amor |
| Translation: | I'm waiting for your opinion |
| **Jimmy Valera**: | Amor enserio q rico pero no t miras bien |
| Translation: | Baby that's seriously hot but I can't see you very well |

Pursuant to a search warrant, the images associated with the Cybertipline Reports were reviewed by law enforcement. NCMEC identified an IP address in Aspen Hill, Maryland associated with the Jimmy Varela Facebook account. By way of example, two of the images depict the following:

a. hzz4dv4muvwww0kc19184390_434506046905495_346928541_n.jpg – an image that depicts a close up of a minor female's vagina. The minor female's index and middle fingers on her left hand are on either side of her labia spreading it slightly.

b. 9z6pk8gbh0gk0sc019141732_434661250223308_2041844316_n.jpg – an image that depicts a close up of a minor female's vagina. The minor female's index and middle finger are on either side of her labia spreading it slightly.

Pursuant to a search warrants, law enforcement used investigative techniques to determine the geographic location of the cellular telephone with phone number ending in 4810 that had been associated with the Facebook account of Jimmy Varela. The cellular telephone was tracked to a particular apartment in an apartment building in Aspen Hill, Maryland. A federal search warrant was executed on February 13, 2018 at the identified apartment. **VARELA** was present in the apartment and the cellular telephone with phone number ending in 4810 was seized. A preview of the telephone revealed photographs that had also been provided in the Facebook Cybertip. The photographs were located in a folder named "fotosxxx." The photographs depicted close-up images of a minor female's vagina and constitute child pornography. The images had been transported in interstate commerce via the internet prior to being knowingly possessed by **VARELA** on his cellular telephone on February 13, 2018.

**VARELA** had previously been removed from the United States on July 9, 2012 after illegally entering the United States by crossing the Rio Grande River near Laredo, Texas on June 18, 2012. **VARELA** is a citizen of Honduras. As a consequence of his illegal entry, **VARELA** was barred from entering, attempting to enter, or being in the United States for a period of 5 years from the date of his removal without first obtaining permission from the Secretary of Homeland Security to reapply for admission. **VARELA** returned to United States prior to July 2017 and he did not obtain permission to do so.

\*\*\*

I have read this Statement of Facts, and have carefully reviewed it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it. I acknowledge that it is true and correct.

04/05/18
Date

*Jimmy Orlando Varela Reyes*
Jimmy Orlando Varela

I am Jimmy Orlando Varela's attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

5/4/18
Date

*Lisa Lunt*
Lisa Lunt, Esq.